JOHN ALLEVA, as Trustee, Respondent, *v.* ARTHUR TORNATORE et al., Appellants.

Submitted April 10, 1939; decided April 18, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 770.)

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, Respondent, *v.* SEDGWICK MINOT, Appellant, and JANE G. MINOT et al., Respondents.

Submitted April 10, 1939; decided April 18, 1939.

*Gerald J. Dean* for motion.

*Jay Leo Rothschild* opposed.

Motion denied. The physical insertion in appellant's brief of a letter, which is not part of the record, even without warrant, cannot injure the respondent.